THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**SIEGFREID LEWIS**              **PLAINTIFF - APPELLANT**

vs.

        Court of Appeals 24-3566
        Lower Court No. 4:18-cv-510-JWB

**ARKANSAS STATE POLICE, et al.**    **DEFENDANT - APPELLEE**

## CERTIFICATE OF COMPLIANCE

Plaintiff-Appellant, Siegfried Lewis certifies that his Motion to Dismiss his Claim of Appeal complies with the type volume limitation and contains 264 words.

                                      Respectfully submitted,

                                      */s/ Leonard Mungo*
                                      LEONARD MUNGO (P43562)
                                      Attorney for Plaintiff
                                      (248) 792-7557 [office]
Dated: January 10, 2025             caseaction@mungoatlaw.com